IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERNEST HALL, :

    Plaintiff, : Case No. 2:09-cv-830

v. : Judge Holschuh

DR. BOWSER, et al., : Magistrate Judge Abel

    Defendants. :

:

**ORDER**

On October 26, 2009, the Magistrate Judge issued an Initial Screening Report and Recommendation recommending that Plaintiff's complaint be dismissed for failure to satisfy Federal Rule of Civil Procedure 8(a). The Magistrate Judge also found that Plaintiff's claims were barred by the doctrine of *res judicata*, having been previously filed and dismissed by Judge Dlott in *Ernest Hall v. Nurse V, et al.*, Case No. 1:09-cv-381.

Although Plaintiff was advised of his right to file objections to the Report and Recommendation and advised of the consequences of failing to do so, no objections have been filed within the time allotted. The Court therefore **ADOPTS** the Report and Recommendation (Doc. 5) and **DISMISSES** the above-captioned case.

**IT IS SO ORDERED.**

Date: December 2, 2009      **/s/ John D. Holschuh**
    John D. Holschuh, Judge
    United States District Court